

1441 Broadway | 5th Floor | New York | NY 10018 | Tel. 212 242 8350 | Fax 646 607 2075
220 S. Orange Ave. | Suite 200 | Livingston | NJ 07039 | Tel. 973 577 7264 | Fax 646 607 2075

**Eric H. Horn**
Partner
212 242 8350
ehorn@vogelbachpc.com

October 14, 2016

**VIA ECF**

The Honorable Nancy H. Lord
U.S. Bankruptcy Court, Eastern District of N.Y.
Conrad B. Duberstein U.S. Courthouse
271-C Cadman Plaza East, Suite 1595
Brooklyn, New York 11201-1800

Re:  Bom Dia Realty Inc.; Case No 16-44341 (NHL)
     <u>Adjournment Request</u>

Dear Judge Lord:

This firm is counsel to the above-referenced Chapter 11 debtor and debtor in possession (the "***Debtor***"). There is currently an initial status conference scheduled for October 19, 2016 at 2:30 pm. Due to the Jewish Holiday, the Debtor's principal will be unavailable until October 27, 2016. In that regard, the Debtor respectfully requests an adjournment of the status conference to a date post October 27th. The US Trustee's office will be copied on this request.

Please have a member of Your Honor's staff contact the undersigned should there be any questions. Thank you.

Respectfully submitted,

By:  */s/ Eric H. Horn*
     Eric H. Horn

cc:  Rachael Weinberger, Esq. (by e-mail)
     *Attorney, Office of US Trustee*